NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3157

ENRIQUE MATIAS,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Petition for review of the Merit Systems Protection Board
in SF0831080482-I-1.

ON MOTION

O R D E R

Upon consideration of the Office of Personnel Management's motion for an extension of time, until June 22, 2009, to file its brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN - 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Enrique Matias
David M. Hibey, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 09 2009

JAN HORBALY
CLERK